[No. 4036-II.  Division Two.  January 26, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS
FLOYD VEILE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 10300, Robert D. McMullen, J., entered April

23, 1979. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Pearson, J.